IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MANUEL SOSA YSASI, *et al*,

    Plaintiffs,

v.                                                                                            No. 25-cv-0032-KG-KK

STATE OF NEW MEXICO, *et al*,

    Defendants.

ORDER OF DISMISSAL

    This matter is before the Court following the failure to cure deficiencies as directed. Plaintiff Manuel Sosa Ysasi ("Plaintiff Ysasi") was incarcerated when the case was filed and is proceeding *pro se*. He filed a Prisoner Civil Rights Complaint (Complaint), which purports to list his children as co-plaintiffs. (Doc. 1) at 4. Plaintiff Ysasi alleges he was subject to false imprisonment and that such imprisonment violates a "father's rights to [his] children." *Id.* at 5. Plaintiff Ysasi filed a Motion to Proceed *In Forma Pauperis,* rather than prepaying the $405 civil filing fee. (Doc. 2) (IFP Motion). The IFP Motion does not attach a copy of Plaintiff Ysasi's inmate account statement, as required by 28 U.S.C. § 1915(a)(2).

    By an Order entered July 18, 2025, the Court explained that Plaintiff Ysasi cannot prosecute claims on behalf of his children. (Doc. 3); *see also Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000) ("A litigant may bring his own claims to federal court without counsel, but not the claims of others."); *Adams ex rel. D.J.W.* v. *Astrue*, 659 F.3d 1297, 1299-300 (10th Cir. 2011) ("[B]ecause *pro se* means to appear for oneself, a [*pro se*] person may not appear on another person's behalf"). The Order also set a thirty-day deadline for Plaintiff Ysasi to file a copy of his inmate account statement. The Order warns that the failure to timely

comply may result in dismissal without further notice.

The deadline to submit an account statement expired no later than August 18, 2025. Plaintiff Ysasi did not comply, and the Order was returned as undeliverable. (Doc. 4). Plaintiff Ysasi has not updated his address as required by D.N.M. Local Civil Rule 83.6. Hence, the Court will dismiss the Complaint (Doc. 1) under Fed. R. Civ. P. 41(b) "for failure to … comply with [28 U.S.C. § 1915 and] court orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003). The Court will also deny the pending Motion to Proceed *In Forma Pauperis* (Doc. 2), which is now moot.

IT IS ORDERED:

1. Plaintiff's Prisoner Civil Rights Complaint (Doc. 1) is dismissed without prejudice.

2. The Motion to Proceed *In Forma Pauperis* (Doc. 2) is denied as moot.

3. The Court will enter a separate judgment closing the civil case.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.